# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　Plaintiff<br><br>vs.<br><br>JULIUS WALKER<br><br>　　　　　　　　Defendant | CIVIL ACTION NO.<br>17-02261 |

### ORDER FOR SERVICE BY POSTING TO PROPERTY AND CERTIFIED MAIL

AND NOW, __27th__ this day of __September__ of 2017, it appearing by Plaintiff's Motion and Affidavit, to the satisfaction of the Court, that the Defendant cannot, upon diligent inquiry, be found so as to be personally served with the Summons and Complaint in Enforced Collection.

It is hereby ORDERED, ADJUDGED AND DECREED that the Summons and Complaint in Enforced Collections be served on the Defendant by Plaintiff or its agent by posting a copy of the Summons and Complaint in Enforced Collection on the property of the last known address of 2220 Moore Street, Philadelphia, PA 19145 and by regular and certified mail addressed to the Defendant's last known addresses of 2220 Moore Street, Philadelphia, PA 19145 and 3001 Moore Street, Philadelphia, PA 19145. Service shall be completed upon posting or upon mailing, whichever occurs later.

_Joel Slomsky_